UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re | Chapter 7 |
| MICHAEL R. MAEDER AND<br>KATHLEEN M. MAEDER | Case No.: 1-19-11086-MJK |
| *Debtor.* | *Hon. Michael J. Kaplan* |
| GREATER NIAGARA FRONTIER COUNCIL,<br>BOYS SCOUTS OF AMERICA<br>2860 GENESEE STREET<br>BUFFALO, NEW YORK 14225 | |
| *Plaintiff,* | A.P. No.: 19- |
| vs. | |
| KATHLEEN M. MAEDER<br>59 A HINCHEY AVENUE<br>LANCASTER, NEW YORK 14086 | |
| *Defendant.* | |

## COMPLAINT

Plaintiff, Greater Niagara Frontier Council, Boy Scouts of America (the "Plaintiff"), by and through its Attorneys, Colligan Law, LLP, complains of defendant and alleges:

### JURISDICTION AND VENUE

1. The above-entitled United States Bankruptcy Court has jurisdiction of this adversary proceeding pursuant to 28 U.S.C. §§ 157, 1334; 11 U.S.C. §523. This is a core proceeding under 28 U.S.C. §§ 157 (b)(2)(I) and (J).

2. Venue of the adversary proceeding in this judicial district is appropriate pursuant to 28 U.S.C. § 1408.

## THE PARTIES

3. Plaintiff is a named creditor of the bankruptcy estate of Michael R. Maeder and Kathleen M. Maeder (the "Debtor").

4. Upon information and belief, the Defendant, Kathleen M. Maeder, ("Ms. Maeder") is a citizen and resident of Erie County, New York.

## BACKGROUND

5. The Debtor, filed a voluntary petition under Chapter 7 on May 28, 2019 (the 'Petition Date"), in the United Stated Bankruptcy Court for the Western District of New York, Bankruptcy Case No.19-11086.

6. On November 9, 2007 and prior to the Petition Date, the Debtor filed a voluntary petition under Chapter 7 in the United States Bankruptcy Court for the Western District of New York, Bankruptcy Case No. 07-04644.

7. On April 4, 2008, the Plaintiff brought an adversary proceeding against the Defendant objecting to the discharge of its debt in the amount of $155,639.00 pursuant to 11 U.S.C. §524(a)(4), fraud, as fiduciary, embezzlement larceny in the United States Bankruptcy Court for the Western District of New York, A.P. No. 08-01076. (See attached Exhibit A – Adversary Proceeding Cover Sheet and Complaint).

8. On July 3, 2008, and order and judgment by default was entered in A.P. No. 08-01076, that, "pursuant to 11 U.S.C. §523(a)4), the discharge under U.S.C. § does not discharge Defendant Kathleen M. Maeder from her debt to the Plaintiff". (See attached Exhibit B – Order and Judgment by Default).

9. There remains a balance due and owing on said Adversary Proceeding judgment in the sum of $109,389.43. The obligation owed to the Plaintiff results from the fraud, or defalcation of the Defendant while acting in a fiduciary capacity, embezzlement or larceny.

10. The debt is non-dischargeable in accordance with the provisions of 11 U.S.C §523(a)(4).

11. The Plaintiff is entitled to the entry of a confirmatory judgment determining that the prior judgement of this Court rendered in Adversary Proceeding 08-01076 is non-dischargeable in this case and remains, to the extent of the balance owed, fully enforceable.

**THEREFORE**, the Plaintiff Debtor prays the Court for a confirmatory judgment against the Defendant:

    a. Declaring the Judgment rendered by this Court in Adversary Proceeding No. 08-01076 is non-dischargeable in the Defendant's current Bankruptcy Case No. 19-11086;

    b. Declaring the Judgment rendered by this Court in Adversary Proceeding No. 08-01076 remains fully enforceable to the extent permitted by the law;

    c. Award the Plaintiff its costs and reasonable Attorneys' fees for prosecution of this Adversary Proceeding; and

    d. Granting the Plaintiff such other and further relief as the court might deem to be just and proper.

Dated: Buffalo, New York
July 30, 2019

                                            COLLIGAN LAW, LLP

                                  By: /s/ Frederick J. Gawronski

                                          Frederick J. Gawronski, Esq.
                                          12 Fountain Plaza, Suite 600
                                          Buffalo, New York 14202
                                          T: 716-885-1150
                                          F: 716-885-4662
                                          fgawronski@colliganlaw.com