# EXHIBIT

# B

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

In re

MICHAEL R. MAEDER and
KATHLEEN M. MAEDER,   Bk. No.: 1-07-04644-MJK

                Debtors.

---

GREATER NIAGARA FRONTIER COUNCIL,
BOY SCOUTS OF AMERICA, INC.,

                Plaintiff,

-against-   A.P. No. 08-01076

KATHLEEN M. MAEDER,

                Defendant.

---

**ORDER AND JUDGMENT BY DEFAULT**

Plaintiff Greater Niagara Frontier Council, Boy Scouts of America, Inc.("Plaintiff"), having moved the Court by its Notice of Motion and Motion for Judgment by Default, each dated June 10, 2008, for judgment by default herein, proper service of notice of said Motion having been made, a hearing having been held on the Motion on June 25, 2008 before the United States Bankruptcy Court for the Western District of New York (Hon. Michael J. Kaplan presiding), Jaeckle Fleischmann & Mugel, LLP (Joseph W. Allen, Esq. of counsel) and Gordon Gannon, Jr., Esq. both appearing for the Plaintiff, and no appearance or opposition to the Motion made by on or behalf of the Defendant Kathleen M. Maeder, for good reason shown it is hereby

ORDERED AND ADJUDGED, that the Clerk of the Court may enter the fact of Defendant Kathleen M. Maeder's default; and it is further

ORDERED AND ADJUDGED, that, pursuant to 11 U.S.C. §523(a)(4), the discharge under 11 U.S.C. §727 does not discharge Defendant Kathleen M. Maeder from her debt to the Plaintiff.

DATED: Buffalo, New York
July 3, 2008



Hon. Michael J. Kaplan
United States Bankruptcy Judge

864644

**FILED**
JUL - 3 2008
BANKRUPTCY COURT
BUFFALO, N.Y.

2

Case 1-08-01076-MJK, Doc 12, Filed 07/03/08, Entered 07/03/08 13:42:20, Description: Main Document, Page 2 of 2
Case 1-19-01047-MJK, Doc 1-2, Filed 07/31/19, Entered 07/31/19 15:07:23, Description: Exhibit , Page 3 of 3