UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

In Re                                        Chapter 7

MICHAEL R. MAEDER AND                        Case No.: 1-19-11086-MJK
KATHLEEN M. MAEDER

                                  *Debtor.*     *Hon. Michael J. Kaplan*

---

GREATER NIAGARA FRONTIER COUNCIL,
BOYS SCOUTS OF AMERICA
2860 GENESEE STREET
BUFFALO, NEW YORK 14225

                                           A.P. No.: 19-

                                *Plaintiff,*

*vs.*

KATHLEEN M. MAEDER
59 A HINCHEY AVENUE
LANCASTER, NEW YORK 14086
                                *Defendant.*

---

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of the clerk:

    United States Bankruptcy Court
    Western District of New York
    Olympic Towers
    300 Pearl Street, Suite 250
    Buffalo, New York 14202

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney:

    Colligan Law, LLP
    Frederick J. Gawronski, Esq.
    12 Fountain Plaza, Suite 600

Buffalo, New York 14202
T: 716-885-1150
F: 716-885-4662
fgawronski@colliganlaw.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUTPCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGASINT YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____ Clerk of the Bankruptcy Court

Date: _____   By: _____ (Deputy Clerk)